of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred; Lambert, J., not sitting.

Frederick J. Wallace, Appellant, v. Millward H. Hendley and Others, Impleaded with Lillian M. Moore, Respondent.— Judgment affirmed, with costs. All concurred.

Abraham P. Wells, Appellant, v. Martin J. Gavin, Respondent.— Judgment and order affirmed, with costs. All concurred.

George W. Maytham, Appellant, v. Elmer L. Duncan and Others, as Executors, etc., Respondents.— Judgment affirmed, with costs. All concurred.

Josephine Lo Bello, an Infant, etc., Appellant, v. Curtice Brothers Company, Respondent.— Judgment affirmed, with costs. All concurred.

Irving L. Spaven, Appellant, v. M. A. Talbot Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Onofrio Curro, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs.

Kate Setera, as Administratrix, etc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Gerald Scully, an Infant, etc., Respondent, v. Village of Angola, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

John Victor Clarke and Copley Clarke, Respondents, v. Lucile C. Becker, Individually and as Administratrix, etc., and Others, Appellants, Impleaded with Edward J. Lewis, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Hannah C. Dennin, Respondent, v. Hiram R. Wood and Others, as Executors, etc., Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted and question for review certified.

Frank Taylor, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent.— Motion for reargument denied, with ten dollars costs.

Antonio Madammi, an Infant, etc., Respondent, v. Hudson & Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Peter J. Mentges, Respondent, v. Flagg Storage Warehouse Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of Edwin H. Risley, an Attorney and Counselor at Law.— Certified copy of record of conviction in Herkimer County Supreme Court filed, and the name of said Edwin H. Risley stricken from the roll of attorneys and counselors.

Charles H. Armsted, Respondent, v. Emery A. Robinson, Appellant.— Order reversed, with ten dollars costs and disbursements, and case remit-